**Order entered October 18, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00770-CV

### DOW JONES & COMPANY, INC., Appellant

### V.

### HIGHLAND CAPITAL MANAGEMENT, L.P., AND PATRICK DAUGHERTY, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04005**

## ORDER

Before the Court is appellant Dow Jones & Company, Inc.'s October 9, 2018 Unopposed Motion for Leave to File Notice of Supplemental Authority. We **GRANT** the Motion and **ORDER** that the supplemental authority we received on October 9, 2018 is filed as of the date of this order.

/s/    DAVID J. SCHENCK
           JUSTICE